**ORIGINAL**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. SA 09-014M |
| ) | |
| v. ) | |
| ) | ORDER OF TEMPORARY DETENTION |
| OCTOBER ROSE BROWN, ) | |
| ) | |
| Defendant. ) | |

In this matter, the government had filed a request for detention, pursuant to a warrant issued by the United States District Court for the Eastern District of New York, alleging that the Defendant violated the conditions of release set by that Court. Defendant has waived an identity hearing. IT IS ORDERED that the Defendant be detained without bond pending her appearance in the United States District Court for the Eastern District of New York, for a revocation hearing pursuant to 18 U.S.C. § 3148.

DATED: January 20, 2009

MARC L. GOLDMAN
_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                              Page 1 of 1